UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ZUFFA, LLC, d/b/a THE ULTIMATE
FIGHTING CHAMPIONSHIP (UFC),

        Plaintiff,

v.          Case No.  5:11-cv-170-Oc-37TBS

MUFEED ZAQZOUQ, et al.,

        Defendants.
_____

## ORDER

Pending before the Court is the Unopposed Motion For Extension of Time (Doc. 17) in which Plaintiff seeks an additional thirty (30) days within which to conduct the parties case management conference.  Plaintiff represents that Defendant Mufeed Zaqzouq, who is proceeding pro se, has no objection to the instant motion.[1]

Pursuant to Local Rule 3.05(c)(2)(B), counsel and any unrepresented party shall meet within 60 days after service of the complaint for the purpose of preparing and filing a Case Management Report, and the Report shall be filed within 14 days after the meeting.  Here, Defendant Mufeed Zaqzouq was served on May 5, 2011, and thus, the deadline for the parties to conduct the case management conference has passed.[2]

Upon due consideration, the Unopposed Motion For Extension of Time (Doc. 17) is GRANTED to the extent that the parties promptly shall conduct their case

---

[1] The Clerk entered default against the other named defendant, Moize & Nedin LLC d/b/a Murphy's Oyster Bar, on August 19, 2011.

[2] Plaintiff states that the current deadline for conducting the case management conference is August 22, 2011.  However, by the Court's calculation, 60 days after May 5, 2011 was July 4, 2011.

management conference and Plaintiff shall file the parties' Case Management Report on or before September 16, 2011.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on August 19, 2011.

Copies to:
    All Counsel

THOMAS B. SMITH
United States Magistrate Judge